**Willard TALLEY, Plaintiff—Appellant,**

**v.**

**Sherry WILSON, R.N.; James C. Willett, Superintendent; Sergeant Sckinto; Major M.A. Bennett, Deputy Superintendent; Dr. Sheets, Defendants—Appellees.**

No. 07–7681.

United States Court of Appeals, Fourth Circuit.

Submitted: March 26, 2008.

Decided: April 21, 2008.

Willard Talley, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

PER CURIAM:

Willard Talley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Talley v. Wilson,* No. 1:06–cv–01410–LMB (E.D. Va., filed Oct. 17, 2007 & entered Oct. 19, 2007). We deny Talley's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*